United States Court of Appeals
 for the district of columbia circuit
 
 
 
No. 00-1356 September Term, 2000

TruServ Corporation, f/k/a Cotter & Company,
 Petitioner 
 
 v.

National Labor Relations Board, Filed On: August 17,
2001 [618389]
 Respondent
 
Teamsters Local Union No. 293,
 Intervenor
 

 On the Joint Petition for Rehearing by TruServ Corporation
 and the National Labor Relations Board
 
 

 Before: Edwards, Rogers and Garland, Circuit Judges.

 O R D E R

 Upon consideration of the joint petition for rehearing, it
is

 ORDERED that the joint petition for rehearing be granted. 
It is

 FURTHER ORDERED that the court's opinion filed on July 6,
2001 be amended as follows:

 Page 2: Strike the final sentence on this page ("Because,
however . . . to the Board.").
 
 Page 17: Insert a new footnote at the end of the final sen-

tence on this page. The new footnote is to read:

 Because we reverse the Board's finding that
 TruServe unlawfully implemented its Final Offer,
 including the TruServ health insurance plan option for
 employees, there is no occasion to address TruServe's
 contention that the Board's remedial order should be
 modified to provide that TruServ would owe no contribu-
 
 tions to the Union's Welfare Fund for employees who had
 opted into the TruServe plan, or, alternatively, would
 receive a set off against claims it had paid for such
 employees.

 Pages 19-20: Delete the last full paragraph beginning on
page 19 and ending on page 20 ("Finally, the Company maintains
that the Board's remedial order . . . (2d Cir. 1991).").
 
 Page 20: Revise the last sentence of the opinion to read:

 "Accordingly, we grant the petition in part and
 deny the petition in part."

FOR THE COURT:
Mark J. Langer, Clerk

BY:
 Nancy G. Dunn
 Deputy Clerk